DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER JOHN DIMITRION,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2099

[January 11, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. William L. Roby, Judge; L.T. Case No. 431994CF001318A.

Peter John Dimitrion, Stuart, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***